# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROXANNE KLINE, and ROXANNE KLINE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> DOCS AT THE DOOR, P.C., AJIBOLA AYENI, BANIO KOROMA, FIRAS ZAHWE, GATEWAY HEALTH SYSTEMS, INC., and JOY H. TURNER-AYENI, <br><br> Defendants. | Case No. 13-cv-7837 <br><br> Judge Rebecca R. Pallmeyer |

### DEFENDANT DR. FIRAS ZAHWE'S REPLY IN SUPPORT OF HIS RULE 12(b)(1) AND RULE 12(b)(6) MOTION TO DISMISS RELATOR'S NON-INTERVENED COMPLAINT

Defendant Dr. Firas Zahwe, by and through counsel, Hart McLaughlin & Eldridge, LLC, replies in support of his motion to dismiss (Dkt. # 88) as follows:

Relator Roxanne Kline's response to Defendant's motion to dismiss was due by March 31, 2022. (Dkt. #90.) Relator failed to respond to Defendant's motion in any way. Accordingly, for the uncontested reasons set forth in Defendant's motion (Dkt. #88), the Court should dismiss the Relator's claims against Dr. Zahwe with prejudice.

Date: April 13, 2022

Respectfully Submitted,

FIRAS ZAHWE

/s/ *John Marrese*
One of the Attorneys for Defendant

Steven Hart
Brian Eldridge
John Marrese
Max Bungert
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street, #1600
Chicago, IL 60602
P. (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
mbungert@hmelegal.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that, on April 13, 2022, a copy of the above motion served via U.S. mail to Relator Roxanne Kline, 5550 N. Kenmore, APT 1219, Chicago, IL 60640 and was served on all other counsel of record via the Court's electronic filing system.

/s/ *John Marrese*
John Marrese