IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROXANNE KLINE, and ROXANNE KLINE, *individually*, <br><br> Plaintiffs, <br><br> v. <br><br> DOCS AT THE DOOR, P.C., AJIBOLA AYENI, BANIO KOROMA, FIRAS ZAHWE, GATEWAY HEALTH SYSTEMS, INC., and JOY H. TURNER-AYENI, <br><br> Defendants. | No. 13-cv-7837 |

## MOTION TO WITHDRAW AS COUNSEL FOR ROXANNE KLINE

Pursuant to Rule 83.17 of the Local Rules for the United States District Court for the Northern District of Illinois, attorney Bradley A. Skafish moves this Honorable Court for leave to withdraw as counsel for ROXANNE KLINE, and in support thereof, states as follows:

1. On March 15, 2023, ROXANNE KLINE left a message with my firm's paralegal advising that she was terminating her relationship with our firm and did not desire to speak to any of the attorneys any further.

2. Pursuant to Illinois Rule of Professional Conduct 1.16(a)(3), having been discharged from representation, an attorney shall withdraw. Accordingly, this request to withdraw is mandatory.

3. Additionally, pursuant to Illinois Rules of Professional Conduct 1.16(b)(1) and (b)(6), an attorney may withdraw where withdrawal can be accomplished without

material adverse effect on the client, and where the representation has been rendered unreasonably difficult by the client.

4. ROXANNE KLINE will not be adversely affected by this withdrawal, as she was already proceeding *pro se* for over a year, I just appeared for her nine days ago, no adverse actions have been taken against her since my appearance, the government has intervened on claims against certain defendant and thus represents her interests on those claims, and she will have adequate time to retain replacement counsel should she desire.

5. Moreover, this withdrawal is consistent with ROXANNE KLINE's wishes to terminate our relationship, which in itself indicates that the withdrawal will not affect her adversely but rather positively, and further indicates that continued representation would be unreasonably difficult following the breakdown in the attorney-client relationship.

6. A Notification of Party Contact Information form is attached hereto as **Exhibit A**.

WHEREFORE, attorney Bradley A. Skafish respectfully requests the Court enter an order authorizing him to withdraw as counsel for Plaintiff ROXANNE KLINE.

Respectfully submitted,

By: /s/ Bradley A. Skafish
Attorney for Plaintiff

Bradley A. Skafish
Jeffrey S. Deutschman
**DEUTSCHMAN & SKAFISH, P.C.**
77 W. Washington, Ste.1525
Chicago, Illinois 60602
(312) 419-1600
brad@deutschmanlaw.com
ARDC no. 6278462

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 13-cv-7837

**Case Title**: United States of America, et al., v. Docs adn the Door, et al.

**Judge**: Rebecca R. Pallmeyer

**Name of Attorney submitting the motion to withdraw**:
Bradley A. Skafish

**Name of Client**:
Roxanne Kline

**Mailing address of Client**: 5550 N. Kenmore - #1219

**City:** Chicago          **State:** IL

**Zip:** 60640          **Telephone Number:** 618-389-6106

I attest that the above information is true and correct to the best of my knowledge.

Signed: _____

Date: 3/16/23



## CERTIFICATE OF SERVICE

**I, Bradley A. Skafish, an attorney**, do hereby certify that I have caused this to be served on all represented parties via the CM/ECF electronic filing system this 16th day of March, 2023.

Further, I declare that a copy of this motion was served upon Roxanne Kline at 5550 N. Kenmore - #1219, Chicago, IL 60640, her last known address.

/s/ Bradley A. Skafish