UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROXANNE KLINE, and ROXANNE KLINE, individually,<br><br>               Plaintiffs,<br><br>      v.<br><br>DOCS AT THE DOOR, P.C., AJIBOLA AYENI, BANIO KOROMA, FIRAS ZAHWE, GATEWAY HEALTH SYSTEMS, INC., and JOY H. TURNER-AYENI,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 13 C 7837<br><br>Judge Pallmeyer |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Intervenor,<br><br>      v.<br><br>DOCS AT THE DOOR, P.C., AJIBOLA AYENI, GATEWAY HEALTH SYSTEMS, INC., and JOY H. TURNER-AYENI,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## JUDGMENT

Pursuant to the court's memorandum order and opinion, Dkt. 134, granting partial summary judgment to plaintiff-intervenor the United States of the America, holding defendants Ajibola Ayeni and Docs at the Door, P.C. liable under the False Claims Act, 31 U.S.C. § 3729(a)(1), for causing $523,600 in damages to Medicare as the result of 4,367 false claims,

JUDGMENT is entered in favor of the United States and against Ajibola Ayeni and Docs at the Door, P.C., jointly and severally, in the amount of $25,589,300 (Judgment Amount), plus

costs to the United States, and attorney's fees and costs to relator pursuant to 31 U.S.C. 3730(d)(1).

Any amounts paid to the United States as criminal restitution in the criminal case captioned *United States v. Ajibola Ayeni,* 17 CR 533 (N.D. Ill.) shall be credited against the Judgment Amount. The Judgment Amount is made up of the following statutory elements, pursuant to 31 U.S.C. § 3729(a)(1), with penalties adjusted by 28 CFR § 85.3(a)(9):

1.     Treble damages in the amount of $1,570,800; and

2.     Civil penalties of $5,500 per false claim, in the amount of $24,018,500.

ENTER:

Rebecca R. Pallmeyer, Chief Judge
United States District Court

Dated: March 28, 2023

2