# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 17, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

| | |
|---|---|
| No. 24-1154 | ROXANNE KLINE, individually,<br>Plaintiff - Appellant<br><br>v.<br><br>DOCS AT THE DOOR, P.C. and AJIBOLA AYENI,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:13-cv-07837<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | Circuit Rule 31(c)(2) |
| STATUS OF THE RECORD: | no record to be returned |

form name: **c7_Mandate**    (form ID: **135**)